IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONY LINEHAN and
TIGER TRANSPORTATION, LLC,

    Plaintiffs,

v.

PACCAR, INC. d/b/a
PETERBILT MOTORS COMPANY,

    Defendant.

Case No.  20-cv-718-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant PACCAR, Inc. against plaintiffs Tony Linehan and Tiger Transportation, LLC dismissing this case.

| s/ K. Frederickson, Deputy Clerk | November 15, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |