THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONY LINEHAN and
TIGER TRANSPORTATION, LLC,

      Plaintiffs/Appellants,                       Case No. 20-cv-718-jdp

v.

PACCAR, INC. d/b/a PETERBILT
MOTORS COMPANY,

      Defendant/Appellee.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs-Appellants Tony Linehan and Tiger Transportation, LLC hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's Final Judgment (ECF No. 29) entered in this action on November 11, 2021, including specifically the November 11, 2021, Order Granting Defendant PACCAR, Inc.'s Motion for Summary Judgement (ECF No. 28).

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed as an attachment to this Notice of Appeal.

Respectfully submitted his 10th day of December, 2021.

**FOSSEY LAW FIRM, PLLC**

By: /s/ Dustin D. Fossey
Dustin D. Fossey
6200 Excelsior Blvd, Suite 104
Minneapolis, MN 55416
Telephone: (952) 475-0059

Dustin@Fosseylaw.com

**_Attorney for Plaintiffs-Appellants Tony_**
**_Linehan and Tiger Transportation, LLC_**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 10th day of December, 2021, I caused to be electronically filed the foregoing NOTICE OF APPEAL (including the Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit filed as an attachment to this Notice of Appeal along with a separate Certificate of Service for the Docketing Statement) via the CM/ECF system, which sent electronic notice to all counsel of record.

By: <u>/S/ Dustin D. Fossey</u>